## HELLER v ADELMAN

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 17, 1934

Frank T. Bow, Canton, for plaintiffs in error.

James H. Emsley, Canton, for defendant in error.

For full opinion see 3 OO 504; 50 Oh Ap 168.

## STANDARD ACCIDENT INS CO v HATTIE

Ohio Appeals, 5th Dist, Stark Co

Decided Jan 31, 1935

Burt, Kinnison, Carson & Shadrach, Canton, and Morgan W. Roderick, Canton, for plaintiffs in error.

Adolph Unger, Canton, for defendant in error.

For full opinion see 50 Oh Ap 206.